CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUN 28 2017

JULIA C. DUDLEY, CLERK
BY: /s/ J. Jones
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:17-cr-00008 |
| v. | All in violation of: |
| JERMEL ANTHONY COLEMAN | Title 21 U.S.C. §§ 841 (a)(1), (b)(1)(B) and 846 |

# INDICTMENT

## COUNT ONE

The Grand Jury charges that:

From in or about 2009 and continuing until April 20, 2017, in the Western Judicial District of Virginia, and elsewhere, JERMEL ANTHONY COLEMAN did knowingly and intentionally combine, conspire, confederate and agree with other persons, both known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing more than 500 grams of cocaine hydrochloride, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) and 846.

A TRUE BILL, this 28th day of June 2017.

                                                s/FOREPERSON
                                                  FOREPERSON

*/s/ Rick A. Mountcastle*

RICK A. MOUNTCASTLE
UNITED STATES ATTORNEY

2