CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

OCT 25 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION
OCTOBER 2017 TERM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 3:17-cr-00008 |
| v. ) | |
| ) | All in violation of: |
| JERMEL ANTHONY COLEMAN ) | |
| ) | Title 21 U.S.C. §§ 841 (a)(1), |
| ) | (b)(1)(A), (b)(1)(B) and 846 |

# FIRST SUPERSEDING INDICTMENT

## COUNT ONE

The Grand Jury charges that:

1. From in or about 2009 and continuing until April 20, 2017, in the Western Judicial District of Virginia, and elsewhere, JERMEL ANTHONY COLEMAN did knowingly and intentionally combine, conspire, confederate and agree with other persons, both known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing more than 500 grams of cocaine hydrochloride, a Schedule II controlled substance and 280 grams or more of a mixture or substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B).

2. All in violation of Title 21, United States Code, Section 846.

USAO 2015R00169

## COUNT TWO

The Grand Jury further charges that:

1. That on or about April 20, 2017, in the Western District of Virginia, JERMEL ANTHONY COLEMAN did knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

2. All in violation of 21, United States Code, Section 841(a)(1) and (b)(1)(C)


A TRUE BILL, this 25 day of October 2017.


/s/FOREPERSON
FOREPERSON

RICK A. MOUNTCASTLE
UNITED STATES ATTORNEY

*USAO 2015R00169*