# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

## CRIMINAL MINUTES - GUILTY PLEA HEARING

**Case No.:** 3:17CR00008　　　　　　**Date:** 03/08/2019

**Defendant:** Jermel Anthony Coleman ( Custody )　　　**Counsel:** John J. McMahon ( Retained )

PRESENT:
- JUDGE: Joel C. Hoppe, USMJ　TIME IN COURT: 9:17-10:52=35 min
- Deputy Clerk: Heidi N. Wheeler
- Court Reporter: Sonia Ferris
- U. S. Attorney: Rachel Swartz
- USPO: Brittany Warren
- Case Agent:
- Interpreter:

**PROCEEDINGS:**

- ☐ Waiver of Indictment filed.
- ☐ Information filed.
- ☒ Plea Agreement filed with court.
- ☒ Defendant advised of right to have U. S. District Judge accept plea. Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
- ☒ Defendant re-arraigned as to Counts Two and a lesser included offense of Count One
- ☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
- ☐ Court accepts OR rejects plea of guilty OR nolo contendere.
- ☒ Guilty plea form executed and filed.
- ☒ Government summarizes and files a statement of facts as to the evidence to support plea and rests.
- ☐ Court finds defendant guilty as charged in Counts enter counts to which defendant pled guilty
  OR
- ☒ U. S. Magistrate Judge accepts plea of guilty to Counts Two and a lesser included offense of Count one and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Count 2 and lesser included offense of Count 1 | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

- ☒ Court orders Presentence Report.
- ☐ Copy of Presentence Report not requested.
- ☐ Defendant to remain on bond.
- ☒ Defendant remanded to custody.
- ☒ Sentencing hearing scheduled for May 28, 2019 at 11:00 a.m. before Hon. Norman K. Moon.

Additional Information:
Changes to plea agreement discussed.
Defendant sworn.
Government summarizes plea agreement.
Court orders Motion to Dismiss Notice of Enhanced Penalty presented in court, be filed.
Defense orally moves to withdraw motions to suppress.
Court grants motion.
Findings by Court.
Defendant remanded to custody.