CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

04/09/2019

JULIA C. DUDLEY, CLERK
BY: /s/ H. Wheeler
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JERMEL ANTHONY COLEMAN,<br><br>*Defendant.* | CASE NO. 3:17-CR-00008<br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

By order of this Court, the guilty plea hearing in this matter was referred to the U.S. Magistrate Judge Joel C. Hoppe, pursuant to 28 U.S.C. § 636(b)(3), for conduct of a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure. Judge Hoppe filed a Report and Recommendation (the "Report") on March 8, 2019, in which he recommended that the Court accept 1) Defendant's plea of guilty to a lesser included offense of Count One—conspiracy to distribute and possess with the intent to distribute a substance containing more than 500 grams of cocaine hydrochloride—and to Count Two of the indictment, and 2) adjudge the Defendant guilty of that offense.

After a careful review of the record, and no objection having been filed to the Report within fourteen days of its service upon the parties, this Court hereby **ADOPTS** the Report in its entirety, **FINDS** the Defendant guilty of the counts of the indictment as described above, and **ADJUDGES** Defendant guilty of those offenses. A presentence report in this matter shall be prepared.

It is so **ORDERED**. The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this  9th  day of April, 2019.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE