FILED: December 3, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-7377
(3:17-cr-00008-NKM-JCH-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JERMEL ANTHONY COLEMAN

      Defendant - Appellant

_____

O R D E R
_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk