IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| ) | Docket No. 3:17CR8 |
| v. ) | |
| ) | |
| JERMEL COLEMAN ) | |
| ) | |

NOTICE OF NO SUPPLEMENTAL FILING

Mr. Coleman filed a *pro se* motion seeking compassionate release on January 29, 2021, and this Court appointed the Federal Public Defender's office to review his case and make a supplemental filing on his behalf if appropriate. Counsel respectfully notifies the Court that counsel will not be supplementing Mr. Coleman's *pro se* motion, and asks the Court to allow Mr. Coleman to proceed *pro se*.

Respectfully submitted,

JERMEL COLEMAN

By Counsel

Counsel:

/s Erin Trodden
Erin Trodden (VSB No. 71515)
Assistant Federal Public Defender
Office of the Federal Public Defender
401 E. Market St, Ste 106
Charlottesville, VA 22902
Tel (434) 220-3380

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

                                                                      s/ Erin Trodden
                                                                      Asst. Federal Public Defender